RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/9/14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SALINE LAKESHORE, LLC | CIVIL ACTION NO. 14-2202 |
| VERSUS | JUDGE TRIMBLE |
| PARAWON CORP., PAUL BROADHEAD and SHERRY MONROE BROADHEAD | MAGISTRATE JUDGE KIRK |

## ORDER

Upon consideration of defendants' recent "Motions to Stay Proceedings, for Preliminary Hearing, for a More Definitive Statement, and to Dismiss for Failure to State a Claim[,]"[1] it is hereby

**ORDERED** that defendants' motion is **GRANTED IN PART**, in that the above-captioned suit is STAYED in accordance with La. R.S. 30:29(B)(1), which provides that the matter be stayed for a period of thirty (30) days from the filing of the return receipt of statutory notice to the State of Louisiana through the Department of Natural Resources. It is further

**ORDERED** that the remainder of defendants' motion will be addressed only after expiration of the stay as provided above. Accordingly, the Clerk of Court is directed not to notice the motion for a hearing date and/or briefing delays at this time.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 9th day of July, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. 5.